**COMMONWEALTH of Pennsylvania,**
**Respondent**

v.

**Shawn STEVENSON, Petitioner**

**No. 96 EAL 2017**

Supreme Court of Pennsylvania.

July 25, 2017

## ORDER

PER CURIAM

**AND NOW**, this 25th day of July, 2017, the Petition for Allowance of Appeal is **DENIED.**